UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMIKA L. HILL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GUILLERMO G. GARCIA, WARDEN,<br><br>　　　　　Respondent. | CASE NO. CV 12-5545-FMO (PJW)<br><br>J U D G M E N T |

　　　Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

　　　DATED:　November 25, 2013

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Hill.Judgment.wpd